# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

TARA MCCARTHY,

                Plaintiff,

v.

BRIDGESTONE & ASSOCIATES, LLC
AND JUSTIN DOE,

                Defendants.

Civil No. 10-0868 (JRT/JJK)

**ORDER**

---

Christopher Wheaton, **WHEATON LAW GROUP, PLLC**, 2021 East Hennepin Avenue, Suite 195, Minneapolis, MN 55413, for plaintiff.

Jody Peterson and Ryan Trucke, **BRUTLAG, HARTMANN & TRUCKE, PA,** 3555 Plymouth Boulevard, Suite 117, Minneapolis, MN 55447, for defendant.

This matter is before the Court upon the stipulation of dismissal filed by the parties on July 26, 2010 [Docket No. 10].

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 27, 2010
at Minneapolis, Minnesota.

                          s/ John R. Tunheim
                          JOHN R. TUNHEIM
                   United States District Judge